IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ERNEST KWASI BANKAS,

        Petitioner,            JUDGMENT IN A CIVIL CASE

v.            Case No. 14-cv-542-bbc

UNITED STATES OF AMERICA,

        Respondent.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Ernest Kwasi Bankas denying his motion for post conviction relief under 28 U.S.C. § 2255 as untimely.


    __s/ A. Wiseman, Deputy Clerk__        __August 6, 2014__
    Peter Oppeneer, Clerk of Court        Date